■ In the Matter of DEBORAH MELLON et al., Appellants, v CITY OF NIAGARA FALLS et al., Respondents. [910 NYS2d 758]— Appeal from a judgment (denominated order and judgment) of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered March 19, 2010 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.